# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129741

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DETROIT BUILDING AUTHORITY,
       Plaintiff/Cross Plaintiff-
       Appellee,

and

CITY OF DETROIT,
       Intervening Plaintiff/Counter
       Plaintiff/Cross Plaintiff-
       Appellant,

v

WAYNE COUNTY TREASURER,
       Defendant/Cross Defendant/
       Counter Defendant-Appellee,

and

MICHIGAN FINANCIAL
INVESTMENTS, L.L.C.,
       Intervening Defendant/
       Cross Plaintiff/Defendant-
       Appellee.
_____/

SC: 129741
COA: 253479
Wayne CC: 02-234701-CH

On order of the Court, the application for leave to appeal the July 5, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Wayne County Treasurer v Perfecting Church (In re Petition by Treasurer of Wayne County for Foreclosure)* (Docket No. 129341) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk